Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

```
PILED      ___ LODGED
RECEIVED   ___ COPY

OCT 1 7 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY
```

)  Case No.    CV-19-5423-PHX-CDB
)
)            (to be filled in by the Clerk's Office)

*Andy J Miera Jr*
)
)
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

)  Jury Trial: *(check one)*  [ ] Yes  [X] No
)
)
)
)

-v-
)
)
)
)
)

*Francesca Amato / Punisher for Protecting*
)
)
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)

## COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Andy J Miera Jr |
| Street Address | 2433 W Campbell Ave # 72 |
| City and County | Phoenix, AZ (85015) |
| State and Zip Code | Arizona (85015) |
| Telephone Number | 602-326-0611 |
| E-mail Address | andyj mieri@gmail.com |

#### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name    Francesca Amato/Ponished For Protecting

Job or Title *(if known)*    Person / Owner

Street Address    36 Western Avenu

City and County    Marlboro

State and Zip Code    New York, 12542

Telephone Number    845-309-7773

E-mail Address *(if known)*    nationalaleoalitionfc.cpsreform@Yahoo.com

Defendant No. 2

Name    Punished For Protecting

Job or Title *(if known)*    Francesca Amato/Owner

Street Address    36 Western Aveu

City and County    Marlboro

State and Zip Code    New York, 12542

Telephone Number    845-309-7773

E-mail Address *(if known)*    nationalaleoalitionfc, cpsreform@Yahoo.com

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**II.** **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.** **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**B.** **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Andy J Miera Jr                    , is a citizen of the
      State of *(name)* Arizona                    .

   b. If the plaintiff is a corporation

      The plaintiff, *(name)*                    , is incorporated
      under the laws of the State of *(name)*                    ,
      and has its principal place of business in the State of *(name)*
                                                              .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* Francesca Amato                    , is a citizen of
      the State of *(name)* New York                    . Or is a citizen of
      *(foreign nation)*                    .

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, *(name)* Punished for Protecting , is incorporated under

the laws of the State of *(name)* New York , and has its

principal place of business in the State of *(name)* New York .

Or is incorporated under the laws of *(foreign nation)* ;

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy $10,000,000

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Francesca AKA Fran has slander my name and ruind my company that I owned for 5 years I can no longer work for Insurance company's because at her and the people she knows whom talk about me and the lies that she has told, Fran was upset because I closed a part of my company that she was going to run in New York after I closed the contract she went an a smire

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am asking the court to order francesca to never speck my name again and to publide apology for the lies she has told and I ask the court to grant the pain, suffering, and himilyation amount of $10,000,000 To make any exampl at her because at other people she has done this too

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    10 – 15 – 19

Signature of Plaintiff

Printed Name of Plaintiff    Andy J Miera Jr

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

2:44

  **Francesca Amato**
Facebook

 



# Francesca Amato

You're friends on Facebook

TV talk show host at PUNISHED 4
PROTECTING ·
Lives in Marlboro, New York

OCT 3, 3:22 AM

*Francesca removed a message*

*Francesca removed a message*

 *Francesca removed a message*

3:32 AM

Francesca Amato I would first
like to say thank you for all the
hard work that you have done
for the movement. Because of
this hard work we now have the
President helping us fight the
CPS Traffickers and the FAKE
family courts so feel proud of
what you have done for the

   Aa    

6:55

 **Francesca Amato**  

Francesca Amato I would first like to say thank you for all the hard work that you have done for the movement. Because of this hard work we now have the President helping us fight the CPS Traffickers and the FAKE family courts so feel proud of what you have done for the movement you are an inspiration to us all, if more people was like you we would have this beat in no time and all of our children would be home. But as I have been reading what you and others have wrote. I did find some of the things that you have stated in a post on your page contradicting to the emails and text messages I have read from your email address and phone number and I know that a innocent man had apologized to you for doing nothing to you, even after you ran his name though the mud he still sent people to your page to get help and met you, as he

   Aa  

 **Francesca Amato** 

between the two of you, up until the day he pulled the contract from you. Like I said you have done the most powerful things through all you hard work and you have helped many people though out the years I am not putting you out there for people to talk bad about you or give them ammo to do so that's  why I am messaging you here  I am just wanting to get this off of my chest and know how a person who says they care about people could do such a thing and then Talk about our Lord and Savor and forgiveness in the same breath. No disrespect attended

   Aa  

2:44

### Francesca Amato
Facebook

my chest and know how a person who says they care about people could do such a thing and then Talk about our Lord and Savor and forgiveness in the same breath. No disrespect attended

6:51 AM



And I understand and like I said you have done a marvelous job for the movement we are all proud of you

7:15 AM





6:56

  **Francesca Amato**  

on how to help this person.
What I don't understand is why
you would not except his
apology for something you did
that he took the blame for? But
this is him always taking the rap
for a woman I and I have the the
emails and texts if you would
like them everything was fine
between the two of you, up until
the day he pulled the contract
from you. Like I said you have
done the most powerful things
through all you hard work and
you have helped many people
though out the years I am not
putting you out there for people
to talk bad about you or give
them ammo to do so that's  why
I am messaging you here  I am
just wanting to get this off of
my chest and know how a
person who says they care
about people could do such a
thing and then Talk about our
Lord and Savor and forgiveness
in the same breath. No
disrespect attended

    Aa  

 Gmail

**all in 1 roadside <allin1roadside@gmail.com>**

## Fwd: Opening in your area
1 message

**agreo roadside** <allin1roadside.agero@gmail.com>
To: all in 1 roadside <allin1roadside@gmail.com>

Wed, Mar 27, 2019 at 3:25 PM

Sent from my iPad

Begin forwarded message:

> **From:** allin1roadside.agero@gmail.com
> **Date:** February 8, 2019 at 9:17:52 AM MST
> **To:** Ryan Imposimato <rimposimato@agero.com>
> **Subject: Re: Opening in your area**

from my iPhone

On Feb 7, 2019, at 1:11 PM, Ryan Imposimato <rimposimato@agero.com> wrote:

Could you please sign the rate sheet that was attached to the previous email?

Thanks,

**Ryan Imposimato**

*Performance Manager – Market Engagement Team*

<image001.png>

One Cabot Road

Medford, MA 02155

*For performance or account-related inquiries, please call 1-866-219-8136 or contact Agero's Provider Advocate Group.*

*For billing concerns, submit a ticket via AgeroTicket.com.*

**From:** agreo roadside [mailto:allin1roadside.agero@gmail.com]
**Sent:** Thursday, February 07, 2019 2:59 PM

**To:** Ryan Imposimato <rimposimato@agero.com>
**Subject:** Re: Opening in your area

So the dispatch # is 845-413-9868 and the home base is 36 Western Ave Marlboro, NY 12542 Thank you for allowing us to service your area

Sent from my iPad

On Feb 6, 2019, at 9:56 AM, Ryan Imposimato <rimposimato@agero.com> wrote:

> I attached the rate sheet for you to sign and send back to me.
>
> I also need the exact address you will be opening a facility and phone numbers and best emails.
>
> Thanks,
>
> **Ryan Imposimato**
>
> *Performance Manager – Market Engagement Team*
>
> <image001.png>
>
> One Cabot Road
>
> Medford, MA 02155
>
> *For performance or account-related inquiries, please call 1-866-219-8136 or contact Agero's Provider Advocate Group.*
>
> *For billing concerns, submit a ticket via AgeroTicket.com.*
>
> **From:** agreo roadside [mailto:allin1roadside.agero@gmail.com]
> **Sent:** Wednesday, February 06, 2019 11:51 AM
> **To:** Ryan Imposimato <rimposimato@agero.com>
> **Subject:** Re: Opening in your area
>
> Everything is still the same from Phoenix we are only expanding into your area we're not we're not fantasizing or doing anything like that so everything will still be the same and I would run under the Phoenix hub
>
> On Wed, Feb 6, 2019, 9:50 AM Ryan Imposimato <rimposimato@agero.com> wrote:

Is your W-9 and COI still the same from Phoenix? If not, please send those to me as well.


Thanks,


**Ryan Imposimato**

*Performance Manager – Market Engagement Team*


<image001.png>

One Cabot Road

Medford, MA 02155


*For performance or account-related inquiries, please call 1-866-219-8136 or contact Agero's Provider Advocate Group.*

*For billing concerns, submit a ticket via AgeroTicket.com.*


**From:** agreo roadside [mailto:allin1roadside.agero@gmail.com]
**Sent:** Wednesday, February 06, 2019 11:30 AM
**To:** Ryan Imposimato <rimposimato@agero.com>
**Subject:** Re: Opening in your area


I actually tried to call you. But i will take the price that you gave. We can always change the prices if need be


On Wed, Feb 6, 2019, 6:54 AM Ryan Imposimato <rimposimato@agero.com> wrote:

> Andy,
>
>
> I sent you an email on January 30th with no response. You are actually responding to that email right now while saying that you haven't heard from me? That makes no sense to me.
>
>
> I sent you the rates I would be looking for.
>
>
> Thanks,

**Ryan Imposimato**

Performance Manager

One Cabot Road

Medford, MA 02155

p: 781-306-3131

e: zone10@agero.com

**From:** agreo roadside [mailto:allin1roadside.agero@gmail.com]
**Sent:** Tuesday, February 05, 2019 7:00 PM
**To:** Ryan Imposimato <rimposimato@agero.com>
**Cc:** Fran <nationalcoalitionfc.cpsreform@yahoo.com>
**Subject:** Re: Opening in your area

Good evening Ryan I've been trying to get in contact with you for the last
few days with no luck I have left you a message telling you that we were
ready to open up in New York and I wanted to discuss the rates and
service area we are almost in our busy season out here I think that it's the
same out there as well at the end of the month so we would like to be up
and running before then I'm looking to be opened by the 10th of this
month if I can get you to give me a call at 602-326-0611 I would greatly
appreciate it

On Jan 30, 2019 12:49 PM, "Ryan Imposimato"
<rimposimato@agero.com> wrote:

Hi Andy,

I can only speak to the light duty side of things as that is all that I
manage here.

Over the past 90 days, within that area there has been around 100
road service calls. Keep in mind that this is our slow time of the year
as well so I would expect that number to increase heading into the
summer.

I know that your rates are set up a little differently in Phoenix but I
would like to offer you a rate of 10 free miles $1.00 after that and
$28 hook instead of your $25.

Keep in mind that most of the calls in this area would be in your backyard so you would be making an additional $3.00 per call. You would also be getting calls outside of that area as well that you could charge the mileage on there as well.

Also, this is a number from me just taking a quick look at the area. If you want to work with me on these rates at all, feel free to let me know what you think is fair and we can try to make something work.

I see that you do a great job out there so I would be looking to get you in as a primary provider if you're willing to give competitive rates.

Thanks,

**Ryan Imposimato**

Performance Manager

One Cabot Road

Medford, MA 02155

p: 781-306-3131

e: zone10@agero.com

**From:** agreo roadside [mailto:allin1roadside.agero@gmail.com]
**Sent:** Wednesday, January 30, 2019 2:13 PM
**To:** Zone10 <Zone10@agero.com>
**Cc:** Fran <nationalcoalitionfc.cpsreform@yahoo.com>
**Subject:** Opening in your area

Good morning my name is Andy Miera the president and founder of

All in 1 Roadside. LLC I have spoken to a regional manager out here who is Jason and he passed me your information we are looking to open out in the NY area my service provider id number here in Phoenix is 132640 if I could I would you please send me some pricings for that area per calls for heavy duty, light duty, and medium-duty, tire changes, fuel deliveries, car openings, and jump-starts. No I do know that the prices will not match out here cuz the cost of living out there as higher I am wondering what kind of car volume we would be receiving being in Marlboro New York. Thank you for your help in this matter and I look forward to hearing from you soon respectfully Andy Miera

<All in 1 Roadside.pdf>

**All in 1 Roadside copy.pdf**
785K



all in 1 roadside <allin1roadside@gmail.com>

## DCS Case with Siria Amara Miera and myself Andy J Miera Jr

23 messages

**all in 1 roadside** <allin1roadside@gmail.com>      Tue, Jan 29, 2019 at 1:40 PM
To: lourderamosbautifta@azdcs.gov
Cc: Fran <nationalcoalitionfc.cpsreform@yahoo.com>

This email is an attempt to get information on your lead attorney. I need his name, phone, number and email address. The reason why I need this information is to see what is really going on with the case that I am now in. I was told a month-and-a-half ago that my rights were severed and I was no longer allowed to see my daughter, when this in fact is not the case. The fact is my rights will be severed upon the Court receiving the requested documents that he had asked the Attorney General to provide him, he gave them until June 10th 2019. My visits were cut off prematurely as well as the false documents that I had made known to not only Ariel branch the case manager her supervisor as well and I also filed two complaint with CPS about these matters, nothing in this case has been proven they had used false allegations that CPS or DCS found to be lies as well as the Peoria Police Department here in Phoenix Arizona found these allegations to be made up by my soon-to-be ex-wife. But yet the attorney general and your office use these allegations as factual evidence which is against the law I would think I am no lawyer but I am a taxpaying citizen who owns his own company who has family support and support from the nation now I want to get to the bottom of this I am also cc'ing punished4beingaparent in this email please when you answer this email make sure that you also CC them as well we need to stop this atrocity that you're company is doing too good families that have done nothing wrong respectfully.
Andy Miera J

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>      Tue, Jan 29, 2019 at 1:40 PM
To: allin1roadside@gmail.com



## Message not delivered

Your message couldn't be delivered to **lourderamosbautifta@azdcs.gov** because the remote server is misconfigured. See technical details below for more information.

The response from the remote server was:

```
550 5.4.1 [lourderamosbautifta@azdcs.gov]: Recipient address rejected: Access denied
[CY1GCC01FT004.eop-gcc01.prod.protection.outlook.com]
```

Final-Recipient: rfc822; lourderamosbautifta@azdcs.gov
Action: failed
Status: 5.4.1
Remote-MTA: dns; azdcs-gov.mail.protection.outlook.com. (23.103.198.10, the server for the domain azdcs.gov.)
Diagnostic-Code: smtp; 550 5.4.1 [lourderamosbautifta@azdcs.gov]: Recipient address rejected: Access denied

[CY1GCC01FT004.eop-gcc01.prod.protection.outlook.com]
Last-Attempt-Date: Tue, 29 Jan 2019 12:40:35 -0800 (PST)

---------- Forwarded message ----------
From: all in 1 roadside <allin1roadside@gmail.com>
To: lourderamosbautifta@azdcs.gov
Cc: Fran <nationalcoalitionfc.cpsreform@yahoo.com>
Bcc:
Date: Tue, 29 Jan 2019 13:40:23 -0700
Subject: DCS Case with Siria Amara Miera and myself Andy J Miera Jr
This email is an attempt to get information on your lead attorney. I need his name, phone, number and email address. The reason why I need this information is to see what is really going on with the case that I am now in. I was told a month-and-a-half ago that my rights were severed and I was no longer allowed to see my daughter, when this in fact is not the case. The fact is my rights will be severed upon the Court receiving the requested documents that he had asked the Attorney General to provide him, he gave them until June 10th 2019. My visits were cut off prematurely as well as the false documents that I had made known to not only Ariel branch the case manager her supervisor as well and I also filed two complaint with CPS about these matters, nothing in this case has been proven they had used false allegations that CPS or DCS found to be lies as well as the Peoria Police Department here in Phoenix Arizona found these allegations to be made up by my soon-to-be ex-wife. But yet the attorney general and your office use these allegations as factual evidence which is against the law I would think I am no lawyer but I am a taxpaying citizen who owns his own company who has family support and support from the nation now I want to get to the bottom of this I am also cc'ing punished4beingaparent in this email please when you answer this email make sure that you also CC them as well we need to stop this atrocity that you're company is doing too good families that have done nothing wrong respectfully.
Andy Miera J

**all in 1 roadside** <allin1roadside@gmail.com>                 Tue, Jan 29, 2019 at 1:46 PM
To: lourde.ramosbautifta@azdcs.gov
Cc: Fran <nationalcoalitionfc.cpsreform@yahoo.com>

[Quoted text hidden]

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>         Tue, Jan 29, 2019 at 1:46 PM
To: allin1roadside@gmail.com



## Message not delivered

Your message couldn't be delivered to
**lourde.ramosbautifta@azdcs.gov** because the remote server
is misconfigured. See technical details below for more
information.

The response from the remote server was:

550 5.4.1 [lourde.ramosbautifta@azdcs.gov]: Recipient address rejected: Access denied
[DM2GCC01FT006.eop-gcc01.prod.protection.outlook.com]

Final-Recipient: rfc822; lourde.ramosbautifta@azdcs.gov
Action: failed
Status: 5.4.1
Remote-MTA: dns; azdcs-gov.mail.protection.outlook.com. (23.103.198.42, the
 server for the domain azdcs.gov.)
Diagnostic-Code: smtp; 550 5.4.1 [lourde.ramosbautifta@azdcs.gov]: Recipient address rejected: Access denied
[DM2GCC01FT006.eop-gcc01.prod.protection.outlook.com]
Last-Attempt-Date: Tue, 29 Jan 2019 12:46:55 -0800 (PST)


---------- Forwarded message ----------
From: all in 1 roadside <allin1roadside@gmail.com>
To: lourde.ramosbautifta@azdcs.gov
Cc: Fran <nationalcoalitionfc.cpsreform@yahoo.com>
Bcc:
Date: Tue, 29 Jan 2019 13:46:42 -0700
Subject: Fwd: DCS Case with Siria Amara Miera and myself Andy J Miera Jr


---------- Forwarded message ---------
From: **all in 1 roadside** <allin1roadside@gmail.com>
Date: Tue, Jan 29, 2019, 1:40 PM
Subject: DCS Case with Siria Amara Miera and myself Andy J Miera Jr
To: <lourderamosbautifta@azdcs.gov>
Cc: Fran <nationalcoalitionfc.cpsreform@yahoo.com>


This email is an attempt to get information on your lead attorney. I need his name, phone, number and email address. The reason why I need this information is to see what is really going on with the case that I am now in. I was told a month-and-a-half ago that my rights were severed and I was no longer allowed to see my daughter, when this in fact is not the case. The fact is my rights will be severed upon the Court receiving the requested documents that he had asked the Attorney General to provide him, he gave them until June 10th 2019. My visits were cut off prematurely as well as the false documents that I had made known to not only Ariel branch the case manager her supervisor as well and I also filed two complaint with CPS about these matters, nothing in this case has been proven they had used false allegations that CPS or DCS found to be lies as well as the Peoria Police Department here in Phoenix Arizona found these allegations to be made up by my soon-to-be ex-wife. But yet the attorney general and your office use these allegations as factual evidence which is against the law I would think I am no lawyer but I am a taxpaying citizen who owns his own company who has family support and support from the nation now I want to get to the bottom of this I am also cc'ing punished4being ----- Message truncated -----


**all in 1 roadside** <allin1roadside@gmail.com>                 Tue, Jan 29, 2019 at 1:51 PM
To: lourde.ramos-bautifta@azdcs.gov


---------- Forwarded message ---------
From: **all in 1 roadside** <allin1roadside@gmail.com>
Date: Tue, Jan 29, 2019, 1:40 PM
Subject: DCS Case with Siria Amara Miera and myself Andy J Miera Jr
To: <lourderamosbautifta@azdcs.gov>
Cc: Fran <nationalcoalitionfc.cpsreform@yahoo.com>


[Quoted text hidden]


**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>            Tue, Jan 29, 2019 at 1:51 PM
To: allin1roadside@gmail.com



## Message not delivered

Your message couldn't be delivered to **lourde.ramos-bautifta@azdcs.gov** because the remote server is misconfigured. See technical details below for more information.

The response from the remote server was:

550 5.4.1 [lourde.ramos-bautifta@azdcs.gov]: Recipient address rejected: Access denied [DM2GCC01FT010.eop-gcc01.prod.protection.outlook.com]

Final-Recipient: rfc822; lourde.ramos-bautifta@azdcs.gov
Action: failed
Status: 5.4.1
Remote-MTA: dns; azdcs-gov.mail.protection.outlook.com. (23.103.198.42, the
 server for the domain azdcs.gov.)
Diagnostic-Code: smtp; 550 5.4.1 [lourde.ramos-bautifta@azdcs.gov]: Recipient address rejected: Access denied
[DM2GCC01FT010.eop-gcc01.prod.protection.outlook.com]
Last-Attempt-Date: Tue, 29 Jan 2019 12:51:20 -0800 (PST)

---------- Forwarded message ----------
From: all in 1 roadside <allin1roadside@gmail.com>
To: lourde.ramos-bautifta@azdcs.gov
Cc:
Bcc:
Date: Tue, 29 Jan 2019 13:51:08 -0700
Subject: Fwd: DCS Case with Siria Amara Miera and myself Andy J Miera Jr

---------- Forwarded message ---------
From: **all in 1 roadside** <allin1roadside@gmail.com>
Date: Tue, Jan 29, 2019, 1:40 PM
Subject: DCS Case with Siria Amara Miera and myself Andy J Miera Jr
To: <lourderamosbautifta@azdcs.gov>
Cc: Fran <nationalcoalitionfc.cpsreform@yahoo.com>

This email is an attempt to get information on your lead attorney. I need his name, phone, number and email address. The reason why I need this information is to see what is really going on with the case that I am now in. I was told a month-and-a-half ago that my rights were severed and I was no longer allowed to see my daughter, when this in fact is not the case. The fact is my rights will be severed upon the Court receiving the requested documents that he had asked the Attorney General to provide him, he gave them until June 10th 2019. My visits were cut off prematurely as well as the false documents that I had made known to not only Ariel branch the case manager her supervisor as well and I also filed two complaint with CPS about these matters, nothing in this case has been proven they had used false allegations that CPS or DCS found to be lies as well as the Peoria Police Department here in Phoenix Arizona found these allegations to be made up by my soon-to-be ex-wife. But yet the attorney general and your office use these allegations as factual evidence which is against the law I would think I am no lawyer but I am a taxpaying citizen who owns his own company who has family support and support from the nation now I want to get to the bottom of this I am also cc'ing punished4being ----- Message truncated -----

**all in 1 roadside** <allin1roadside@gmail.com>
To: "Branch, Ariel" <Ariel.Branch@azdcs.gov>
Cc: "Vandenbrul, Heather J" <Heather.Vandenbrul@azdcs.gov>

Tue, Jan 29, 2019 at 2:22 PM

Bcc: Fran <nationalcoalitionfc.cpsreform@yahoo.com>

Good morning I have contacted CPS numerous times in the past couple days to get your supervisor Miss Ramos phone number and email so I can get your head attorneys 4 CPS his name and his email and I have been given the wrong number and the wrong email address for Miss Ramos I am working with punished4beingaparent Incorporated we need this information as soon as possible we need the name of the attorney the head attorney for CPS thank you and have a great day

---------- Forwarded message ---------
From: **all in 1 roadside** <allin1roadside@gmail.com>
Date: Tue, Jan 29, 2019, 1:40 PM
Subject: DCS Case with Siria Amara Miera and myself Andy J Miera Jr
To: <lourderamosbautifta@azdcs.gov>
Cc: Fran <nationalcoalitionfc.cpsreform@yahoo.com>

[Quoted text hidden]

**Branch, Ariel** <Ariel.Branch@azdcs.gov>                                      Tue, Jan 29, 2019 at 2:34 PM
To: all in 1 roadside <allin1roadside@gmail.com>
Cc: "Vandenbrul, Heather J" <Heather.Vandenbrul@azdcs.gov>

In speaking with my program manager it was advised to reach out to the attorney that represented you in the dependency case as to the information you are requesting.

Bernard Lopez, Bernard@bernardlopez.com


*Arizona*
*Department of Child Safety*

**Ariel Branch**

Specialist

Department of Child Safety

3550 N. Central Ave. 3rd Floor

Phoenix, AZ 85012

Phone: 602-774-9544

Fax: 602-774-9502

E-mail Address Ariel.Branch@azdcs.gov

AZDCS Website | Twitter | to report child abuse or neglect: 1-888-SOS-CHILD

**From:** all in 1 roadside [mailto:allin1roadside@gmail.com]
**Sent:** Tuesday, January 29, 2019 2:22 PM
**To:** Branch, Ariel <Ariel.Branch@AZDCS.GOV>

Cc: Vandenbrul, Heather J <Heather.Vandenbrul@AZDCS.GOV>
Subject: Fwd: DCS Case with Siria Amara Miera and myself Andy J Miera Jr

---

> **CAUTION:** This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

[Quoted text hidden]

---

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.

---

**all in 1 roadside** <allin1roadside@gmail.com>                                Tue, Jan 29, 2019 at 2:35 PM
To: "Branch, Ariel" <Ariel.Branch@azdcs.gov>

I represent myself Bernard Lopez has been terminated from my case he no longer represents
[Quoted text hidden]



image001.png
17K

---

**all in 1 roadside** <allin1roadside@gmail.com>                                Tue, Jan 29, 2019 at 4:40 PM
To: "Branch, Ariel" <Ariel.Branch@azdcs.gov>
Cc: "Vandenbrul, Heather J" <Heather.Vandenbrul@azdcs.gov>
Bcc: Fran <nationalcoalitionfc.cpsreform@yahoo.com>

So Bernard Lopez no longer represents me nor has he represented me he has represented DCS throughout this whole matter he no longer is authorized to do anyting regarding me therefore I am requesting for my email to be forwarded to the program manager and I am requesting that I receive the head attorneys email is it your statement that you are refusing to give me this information I also am no longer accepting one-on-one emails from CPS / DCS all emails will go to me and to punished4beingaparent Incorporated you have advised me that I need to contact the attorney that works for you guys that does not work for me in order to get this information when he no longer represents me or my daughter in this matter now I demand for you to give me this information or for you to have your manager to contact me immediately with this information
[Quoted text hidden]



image001.png
17K

---

**Francesca A.Banfield** <nationalcoalitionfc.cpsreform@yahoo.com>              Tue, Jan 29, 2019 at 4:47 PM
Reply-To: "Francesca A.Banfield" <nationalcoalitionfc.cpsreform@yahoo.com>
To: "Branch, Ariel" <Ariel.Branch@azdcs.gov>, all in 1 roadside <allin1roadside@gmail.com>
Cc: "Vandenbrul, Heather J" <Heather.Vandenbrul@azdcs.gov>

Good evening,

I am confirming that I am Andy's Advocate and am fully familiar with this case. I am highly concerned about the "civil violations" as well as the whereabouts of his precious beloved daughter. I am a National Advocate and own Punished 4 Protecting, Inc. We also broadcast stories such as this one to raise public awareness on the severing and separation of children from their loving families (bio parents) and the harm this causes. I and my entire team fully support this loving father and child.

Respectfully,
**_Francesca Amato Banfield_**
**_Founder, TV Talk show host & investigative reporter, Chapter Leader, Advocate, Community Educator & Published Author_**
**_PUNISHED 4 PROTECTING_**
_http://punished4beingaparent.com_
**_"A CHILD'S FIRST HOME IS THE MOTHER'S WOMB"_**
**_Delta tv Contra Costa California_**
**_Panda TV Dutchess County New York_**
**_Channel 22 Westchester County New York_**
**_New Paltz Public Access New York_**
**_PATV Long Island New York_**

PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and confidential and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify PUNISHED 4 PROTECTING, Inc. immediately via email or phone

[Quoted text hidden]

---

**Vandenbrul, Heather J** <Heather.Vandenbrul@azdcs.gov>        Tue, Jan 29, 2019 at 5:03 PM
To: all in 1 roadside <allin1roadside@gmail.com>, "Branch, Ariel" <Ariel.Branch@azdcs.gov>

The information has been passed along to the Program Manager. You are no longer a party to the case and the Department cannot continue further conversation.

Thank you,



_Arizona_
_Department of Child Safety_

**Heather VandenBrul**

DCS Ongoing Supervisor

Department of Child Safety

3550 N. Central Ave., 3rd floor, annex

Phoenix, AZ 85012

ph. 602-774-9604

heather.vandenbrul@azdcs.gov

[Quoted text hidden]
[Quoted text hidden]

**all in 1 roadside** <allin1roadside@gmail.com>        Tue, Jan 29, 2019 at 5:14 PM
To: "Vandenbrul, Heather J" <Heather.Vandenbrul@azdcs.gov>
Cc: Fran <nationalcoalitionfc.cpsreform@yahoo.com>

That is incorrect because I have a minute entry dated 12 18 2018 and it reads it is therefore ordered that subject to review of proposed filings of fact conclusions of Law & Order the court will grant the motion for termination of parent-child relationship with this respecting to the parent it is ordered directing the department to Lodge proposal findings of facts conclusions of Law & Order two the court no later than 110 2019 the court orders terminating parental rights will be final upon the signing and filing of set order therefore my rights have not been terminated and I am a party of this DCS is not above the common law DCS is a for profit company my advocate is CC into this email she is with punished4beingaparent Incorporated...

[Quoted text hidden]



**image001.jpg**
3K

**all in 1 roadside** <allin1roadside@gmail.com>        Tue, Jan 29, 2019 at 5:52 PM
To: nicofish3474@gmail.com

---------- Forwarded message ---------
From: **all in 1 roadside** <allin1roadside@gmail.com>
Date: Tue, Jan 29, 2019, 1:40 PM
Subject: DCS Case with Siria Amara Miera and myself Andy J Miera Jr
To: <lourderamosbautifta@azdcs.gov>
Cc: Fran <nationalcoalitionfc.cpsreform@yahoo.com>

[Quoted text hidden]

**all in 1 roadside** <allin1roadside@gmail.com>        Tue, Jan 29, 2019 at 5:52 PM
To: nicofish3474@gmail.com

[Quoted text hidden]

**2 attachments**



**image001.png**
17K

**image001.png**
17K

**all in 1 roadside** <allin1roadside@gmail.com>        Tue, Jan 29, 2019 at 5:53 PM
To: nicofish3474@gmail.com

[Quoted text hidden]

**image001.png**
17K



*Arizona*
*Department of Child Safety*

---

**all in 1 roadside** <allin1roadside@gmail.com>                                    Tue, Jan 29, 2019 at 5:53 PM
To: nicofish3474@gmail.com

---------- Forwarded message ---------
From: **all in 1 roadside** <allin1roadside@gmail.com>
Date: Tue, Jan 29, 2019, 4:40 PM
Subject: Re: DCS Case with Siria Amara Miera and myself Andy J Miera Jr
To: Branch, Ariel <Ariel.Branch@azdcs.gov>
Cc: Vandenbrul, Heather J <Heather.Vandenbrul@azdcs.gov>

[Quoted text hidden]



*Arizona*                           **image001.png**
*Department of Child Safety*        17K

---

**all in 1 roadside** <allin1roadside@gmail.com>                                    Tue, Jan 29, 2019 at 5:53 PM
To: nicofish3474@gmail.com

---------- Forwarded message ---------
From: **Francesca A.Banfield** <nationalcoalitionfc.cpsreform@yahoo.com>
Date: Tue, Jan 29, 2019, 4:47 PM
Subject: Re: DCS Case with Siria Amara Miera and myself Andy J Miera Jr
To: Branch, Ariel <Ariel.Branch@azdcs.gov>, all in 1 roadside <allin1roadside@gmail.com>
Cc: Vandenbrul, Heather J <Heather.Vandenbrul@azdcs.gov>

[Quoted text hidden]

---

**all in 1 roadside** <allin1roadside@gmail.com>                                    Tue, Jan 29, 2019 at 5:53 PM
To: nicofish3474@gmail.com

[Quoted text hidden]

**2 attachments**



*Arizona*                           **image001.jpg**
*Department of Child Safety*        3K

*Arizona*                           **image001.jpg**
*Department of Child Safety*        3K

---

**all in 1 roadside** <allin1roadside@gmail.com>                                    Tue, Jan 29, 2019 at 5:54 PM
To: nicofish3474@gmail.com

[Quoted text hidden]

**image001.jpg**
3K

*Arizona*
**Department of Child Safety**

---

**Francesca A.Banfield** <nationalcoalitionfc.cpsreform@yahoo.com>      Tue, Jan 29, 2019 at 5:59 PM
To: all in 1 roadside <allin1roadside@gmail.com>
Cc: "Vandenbrul, Heather J" <Heather.Vandenbrul@azdcs.gov>

We will expose this story it will be bigger then the mother on the floor wrongfully handled by police in NY. Especially since all eyes are on AZ at this time (child sex trees, medical kidnap stories etc)

[Quoted text hidden]
[Quoted text hidden]
<image001.jpg>

---

**all in 1 roadside** <allin1roadside@gmail.com>      Sun, Feb 3, 2019 at 1:51 AM
To: trinakwrealty@yahoo.com, Shelaire <Shelaire.spears14@gmail.com>

---------- Forwarded message ---------
From: **Francesca A.Banfield** <nationalcoalitionfc.cpsreform@yahoo.com>
Date: Tue, Jan 29, 2019, 4:47 PM
Subject: Re: DCS Case with Siria Amara Miera and myself Andy J Miera Jr
To: Branch, Ariel <Ariel.Branch@azdcs.gov>, all in 1 roadside <allin1roadside@gmail.com>
Cc: Vandenbrul, Heather J <Heather.Vandenbrul@azdcs.gov>

[Quoted text hidden]

---

**all in 1 roadside** <allin1roadside@gmail.com>      Sun, Feb 3, 2019 at 1:52 AM
To: trinakwrealty@yahoo.com, Shelaire <Shelaire.spears14@gmail.com>

---------- Forwarded message ---------
From: **Francesca A.Banfield** <nationalcoalitionfc.cpsreform@yahoo.com>
Date: Tue, Jan 29, 2019, 5:59 PM
Subject: Re: DCS Case with Siria Amara Miera and myself Andy J Miera Jr
To: all in 1 roadside <allin1roadside@gmail.com>
Cc: Vandenbrul, Heather J <Heather.Vandenbrul@azdcs.gov>

[Quoted text hidden]

 Gmail

**all in 1 roadside <allin1roadside@gmail.com>**

## Your FIRED!

1 message

**all in 1 roadside** <allin1roadside@gmail.com>
To: bernard lopez <Bernard@bernardlopez.com>
Cc: Fran <nationalcoalitionfc.cpsreform@yahoo.com>

Tue, Jan 29, 2019 at 4:46 PM

As of today's date January 29th 2019 you are fired you have no business representing me nor anyone that is going through CPS/DCS I have checked court records you did not request any of the materials I told you to request that proved my case you were supposed to be working for me when in fact you were working for DCS the police reports that I asked you to gather the records from CPS in Utah correspondence from the CPS case managers in Utah I asked you to file a motion in court against the false allegations that CPS put in court you did nothing you are no longer representing me in this case you are to immediately file a motion in juvenile fake Court withdrawing yourself from this case you are not needed nor wanted

 Gmail

all in 1 roadside <allin1roadside@gmail.com>

## DCS Case with Siria Amara Miera and myself Andy J Miera Jr

**Francesca A.Banfield** <nationalcoalitionfc.cpsreform@yahoo.com>　　　　　Tue, Jan 29, 2019 at 5:59 PM
To: all in 1 roadside <allin1roadside@gmail.com>
Cc: "Vandenbrul, Heather J" <Heather.Vandenbrul@azdcs.gov>

We will expose this story it will be bigger then the mother on the floor wrongfully handled by police in NY. Especially since all eyes are on AZ at this time (child sex trees, medical kidnap stories etc)

[Quoted text hidden]
[Quoted text hidden]

 Gmail

**all in 1 roadside <allin1roadside@gmail.com>**

## DCS Case with Siria Amara Miera and myself Andy J Miera Jr

**all in 1 roadside** <allin1roadside@gmail.com>            Tue, Jan 29, 2019 at 5:14 PM
To: "Vandenbrul, Heather J" <Heather.Vandenbrul@azdcs.gov>
Cc: Fran <nationalcoalitionfc.cpsreform@yahoo.com>

That is incorrect because I have a minute entry dated 12 18 2018 and it reads it is therefore ordered that subject to review of proposed filings of fact conclusions of Law & Order the court will grant the motion for termination of parent-child relationship with this respecting to the parent it is ordered directing the department to Lodge proposal findings of facts conclusions of Law & Order two the court no later than 110 2019 the court orders terminating parental rights will be final upon the signing and filing of set order therefore my rights have not been terminated and I am a party of this DCS is not above the common law DCS is a for profit company my advocate is CC into this email she is with punished4beingaparent Incorporated...

[Quoted text hidden]


*Arizona*
*Department of Child Safety*

**image001.jpg**
3K

 Gmail

all in 1 roadside <allin1roadside@gmail.com>

## DCS Case with Siria Amara Miera and myself Andy J Miera Jr

**Francesca A.Banfield** <nationalcoalitionfc.cpsreform@yahoo.com>                    Tue, Jan 29, 2019 at 4:47 PM
Reply-To: "Francesca A.Banfield" <nationalcoalitionfc.cpsreform@yahoo.com>
To: "Branch, Ariel" <Ariel.Branch@azdcs.gov>, all in 1 roadside <allin1roadside@gmail.com>
Cc: "Vandenbrul, Heather J" <Heather.Vandenbrul@azdcs.gov>

Good evening,
I am confirming that I am Andy's Advocate and am fully familiar with this case. I am highly
concerned about the "civil violations" as well as the whereabouts of his precious beloved daughter.
I am a National Advocate and own Punished 4 Protecting, Inc. We also broadcast stories such as
this one to raise public awareness on the severing and separation of children from their loving
families (bio parents) and the harm this causes. I and my entire team fully support this loving father
and child.

Respectfully,
*Francesca Amato Banfield*
*Founder, TV Talk show host & investigative reporter, Chapter Leader, Advocate, Community*
*Educator & Published Author*
*PUNISHED 4 PROTECTING*
*http://punished4beingaparent.com*
*"A CHILD'S FIRST HOME IS THE MOTHER'S WOMB"*
*Delta tv Contra Costa California*
*Panda TV Dutchess County New York*
*Channel 22 Westchester County New York*
*New Paltz Public Access New York*
*PATV Long Island New York*
PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT. The information in this transmittal may be
privileged and confidential and is intended only for the recipient(s) listed above. If you are neither the
intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s),
you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received
this transmittal in error, please notify PUNISHED 4 PROTECTING, Inc. Immediately via email or phone

[Quoted text hidden]

Gmail - Fran can I get you to sign this

 Gmail

all in 1 roadside <allin1roadside@gmail.com>

## Fran can I get you to sign this
2 messages

**All In 1** <allin1roadside@gmail.com>　　　　　　　　　　　　　　　　Fri, Feb 8, 2019 at 12:36 AM
To: Fran <nationalcoalitionfc.cpsreform@yahoo.com>

Would you just sign and put Andy M on there and then email it back to me there's something wrong with my printer and they need it signed by tomorrow and send back

Sent from my iPhone

 **All in 1 Roadside.pdf**
306K

**Francesca A.Banfield** <nationalcoalitionfc.cpsreform@yahoo.com>　　　　Fri, Feb 8, 2019 at 2:00 AM
To: All In 1 <allin1roadside@gmail.com>

Yes its 4 am now- so later today ill go to library to sign and scan and send back

> On Feb 8, 2019, at 2:36 AM, All In 1 <allin1roadside@gmail.com> wrote:
>
> <All in 1 Roadside.pdf>

 Gmail

all in 1 roadside <allin1roadside@gmail.com>

## Time Line

1 message

**all in 1 roadside** <allin1roadside@gmail.com>            Fri, Feb 1, 2019 at 2:43 PM
To: Nicholas Herring <nicofish3474@gmail.com>
Cc: Fran <nationalcoalitionfc.cpsreform@yahoo.com>, bernard lopez <Bernard@bernardlopez.com>, P O Brian Mahoney <mahoneyb@apd.maricopa.gov>

This is a timeline For Andy J Miera Jr and his daughter Siria Amara Miera.

8-24-2010 I was released for Prison. I meet Keagan L Jones 11-26-2012 we dated and I found out that she had just had a baby and that she also had a CPS case, I was asked to meet with her case manager to see if it was alright for me to be with her and around her kids.

On or about 1-12-2013 I meet with the case manager and gave her all of the paperwork that I had from my past and she took them and had to staff it with her supervisor, about a week later I was asked to go to Keagan's home to meet with the case manager her supervisor, and the Psychologist. At the first meeting we talked about the history of my past and what I was planning to do with my life, I explained my plans and told them that I was a member of the LDS (Mormon) and had the support from the church and members of our community. They took this information and told me that they would like to see how I interact with the kids and with Keagan.

We had 3 more meeting then on the 4th meeting the told me that they approved for me to be there in the home and for me to if I chose to, Adopt the kids.They also said that they was going to CLOSE her CPS case if we was married.

On 2-14-2013 I married Keagan in the LDS church shortly after the did as they said and closed her case. At this time Keagan had told everyone that she was dying from Osteosarcoma cancer so we had to deal with that and the kids were out of control they had no respect and did not listen to anyone. I changed their behavior and they became good little people. There was a report made to CPS from the kids school and they did there investigation and found nothing and closed this as well. In 2015

In 2015 we moved to UT. I came home one day earle and found my wife cheating she called the police and on 12-26-2015 I went to jail for DV in front of the kids and for stabbing her in the chest with a knife she also told the police that I put my whole hand inside of her vagina to look for a phone that I said she was hiding. I was visited by the CPS workers in UT and I told them that they needed to remove my daughter and give her to my family because Keagan was probably going to leave the county, Cps told me that they was keeping an eye on her and was going to interview the kids in the next few days. Three days later CPS came back and told me that they interviewed the kids and found out that Keagan told them to say those lies the case was dropped and I was released from jail.I was told to go straight to the CPS office, once I was got there they put me in a room and told me that they was sorry to inform me that Keagan had taken my daughter to Mexico for not listening to me and told me that I needed to report her to the FBI for kidnaping they also had the entire report from CPS to me within 5 hours she then told me that there was something else they had to tell me and that was that Keagan signed a release form so that they could get her medical records from the hospital and that in the records they found out that she did not have cancer and that she was requesting that they the DR give her a med that would have killed her within days of taking them.

I came back to AZ and filed a report with CPS and the police and the FBI I then talked to Keagan and after she was beat in Mexico she came home she them called CPS and said that I did a DV in front of the kids

https://mail.google.com/mail/u/0?ik=fbb88c5e0c&view=pt&search=all&permthid=thread-a%3Ar5211533424342644115&simpl=msg-a%3Ar5173526293…    1/2

this gave us another CPS case in 2016 CPS moved her back to Nogales AZ where she went back and forth to Mexico with the kids. I was contacted by the Peoria Police and asked about me touching Keegan's daughter I told them that I would not do such a thing and they told me that they was going to interview the kids about it for me not to leave the state for any reason a week later they  called me and I was told that they knew the truth and I was cleared.In the 2017 court hearing they closed the case against me in the courtroom because I stated that I wanted full custody of my daughter I guess the only way they could get away with not giving me my child was for them to close the case and told me to fight it in the Divorce
On 2-14-2017 I remarried this person again inside the LDS Temple a month later i caught she kissing another man in my driveway I told her that I was done and that was the last time she would ever see me and I left I got a call 20 mins later and was asked to go back to the house and explain why I strangled my wife. I told them that I was working and that I did not do anything to her I asked if  they said that they was going to forward it to the D>A and would get back to me.
A few days later the police came to my hotel room and kicked in the door and took me to jail, while I was in jail CPS came to the jail and told me that they had removed the kids and the longer I was in jail the easier it would be for them to adopt my daughter out. I called my attorney and told her that I would pleased to the charges and that's what I did.
I wrote a letter to the judge and told him that I did not do the crime that I was charged with but I was going to plea that I did .
When I got out I asked the P.O if i could see my daughter and she told me that she was in contact with CPS and that I could not  a month later I found myself back in jail and for having contact with Keagan I was put on IPS and was told that I could not run my company or work or ride in a car I missed 5 hrs of community service and they the P.O asked for the judge to sentence me to prison, the judge said that he would not because they did not give me a chance I was only out for 3 weeks  and with all the restrictions they had me on how could I do anything so he put me in jail for 3 months that's a total of 12 and a half months I was in jail they are using that I had not seen my child in 15 months and all the lies that they found out was lies in this court case.
My P.O went in to testify for me and tell them how well I was doing and the judge called her a lier and said that he was going to report her I asked my attorney to get the reports from CPS in UT and in AZ and the police reports as well which he never did I asked him to interview people and he did not do that either the jude only had what COS gave him and I had broght up the facts that CPS put in false reports to the court and in my trile I also brought it up but the AG asked if I reported it to the courts which I thought reporting it to my attorney was the same thing he did nothing and I also told the case manager that the reports she put in to the courts was wrong and she told me that they was made up months before if that's the case why was they brought up

Test of Messages from
Fran to Reckets
1 — 18

turn on phone will soon

And then go on line and look up agerosupport.com and log in to that this is where you will be doing all your billing and to monitor call excepted missed calls

And so forth

Note I believe in you I trust you and I know that you will make this happen so if you have any doubts please tell me now.

Thank you I'm slightly freaking too bc I spent everything to help these families and save my son from abuse and get him back

This HAS to happen

1

So we canceled that other phone they are drop shipping one out to you by Tuesday hopefully but it's

Ok I court watch in morning

A Samsung

I'll tell my mom to look for it

OK and also the accountant is asking about the receipts for the tools that you purchased yesterday because of all of those are the tax write off for the company

I left the tools bc we are going back Monday or Tuesday bc my car could not fit them and Ed's bringing his car

2

If their so no 1 why doesn't anyone want a job? No offense but ny rs are tough people

I agree hes a first class asshole

Highly disrespectful and owes me 5,000

Pos

We just need to be open and runningWithin the next two days we have to I mean I will hold off until the last minute to cancel that contract because I don't want to cancel I want you to be able to work and do this but you have to understand it's not just all of this hire everybody to do everything for me it's not how my company is going to be ran Francesca

3

I was in NYC helping Evette all day its almost 3 am here we can talk tomorrow

Sat, Feb 23, 7:17 AM

The phone is not on. I have a new employee and there is now no phone

He wanted to start asap

Mon, Feb 25, 8:24 PM

Why would you go around telling people LIES about me and not come to me

Are you kidding

I stole thousands of dollars from you, really

I put ads in papers and online out if the 400.00 and you shut

4

I put ads in papers and online out if the 400.00 and you shut off the phone

If you were trying to call me why would you turn off the phone and block me and never show up in zoom. I'm easy to get a hold of

Maybe I should charge you for hours of work, counsel and calling courts for you what nerve you have

Tue, Feb 26, 10:16 AM

First off nobody said that you stole thousands of dollars from nobody and you only people that I've talked to is Nick and I told him that the $1300 that I paid for the insurance in New

5

be returned

Dont worry I already talked with MY attorneys you really have SOME NERVE and your a LIAR I have your entire CRIMINAL History sorry we ever helped you
..btw have your manager call me

No you're talking to the owner I am the owner of all in One my criminal history has nothing to do with this you oh my company is $415 you also owe for the tools that need to be returned to sender and that is it there is no criminal history there is no anything other than what I say so I expect the money that I said to be sent to Nick to be sent to next immediately and the tools and

6

that is it

And also the donation money that is to be returned back to my credit card immediately

Or I will hit you with slander and defamation of character

You told me about the tools TODAY did you think they would magically appear today your nuts

Contact me again I'll call my police for harassment from you

I will also be Billing you for my time and hours of classes

It was 1 50 00 donation not donations and my time is FAR more valuable than that

I was in NYC helping Evette all day its almost 3 am here we can talk tomorrow

Sat, Feb 23, 7:17 AM

The phone is not on. I have a new employee and there is now no phone

He wanted to start asap

Mon, Feb 25, 8:24 PM

Why would you go around telling people LIES about me and not come to me

Are you kidding

I stole thousands of dollars from you, really

I put ads in papers and online out if the 400.00 and you shut



I put ads in papers and online out if the 400.00 and you shut off the phone

If you were trying to call me why would you turn off the phone and block me and never show up in zoom. I'm easy to get a hold of

Maybe I should charge you for hours of work, counsel and calling courts for you what nerve you have

Tue, Feb 26, 10:16 AM

First off nobody said that you stole thousands of dollars from nobody and you only people that I've talked to is Nick and I told him that the $1300 that I paid for the insurance in New

9

that is it

And also the donation money that is to be returned back to my credit card immediately

Or I will hit you with slander and defamation of character

You told me about the tools TODAY did you think they would magically appear today your nuts

Contact me again I'll call my police for harassment from you

I will also be Billing you for my time and hours of classes

It was 1 50 00 donation not donations and my time is FAR more valuable than that

10

You turned off the phone I paid advertising to get employees I had a man willing to work who couldnt reach me bc phones off. My indeed ad was removed I spent my own time and gas to get tools. Not nice things were being said about me to others whi immediately came to me and my boyfriend who know better about me and what a nice and generous person I am and HONEST person. Couldn't believe what was being said about me

I'll send back the item

And the remaining cash

This is very wrong and hurt filled very impossible to get an employee all of this was out of my control

Originally I told you I cant add ANYTHING to my non stop unpaid life. I'm pulled on 25/8 I seriously thought he would be loyal to the cause ...hes trash in my book now. Its horrible what hes done and how much he owes me. Others have used and abused my hard work and took money to help their children. I've learned a valuable lesson here. Now I'm in need and wow cricketts.  I should have waited and had solid hires b4 we went forward but thought this would have worked out

I have rent due and jm overdrawn had over 300,000 last year that's how much I helped people. I'm in tears

12

~~year route will get to the~~
bottom of it

Ok thank you

Did you receive my email
signed document

For the company

Can I send that to ed so he
sees the pay scale

Yes I did that's the only reason
why we are up and running or
he decided to open up our
contract out there is because I
sent that back to them

Ok great

Sat, Feb 9, 5:20 PM

So we canceled that other
phone they are drop shipping

13

turn on phone will soon

And then go on line and look up agerosupport.com and log in to that this is where you will be doing all your billing and to monitor call excepted missed calls

And so forth

Note I believe in you I trust you and I know that you will make this happen so if you have any doubts please tell me now.

Thank you I'm slightly freaking too bc I spent everything to help these families and save my son from abuse and get him back

This HAS to happen

14

I'll return the item no one has called me

The phone you sent was turned off days ago I wish the manager would call me

You cant put ads in and turn off a phone

Waste of money time and ads

I am easy to get a hold of by you especially you had zoom classes phone number and GB that you blocked me from

Thu, Feb 28, 4:48 PM

So I just spoke into a civil attorney in regards to the money and tools that we have sent to you those money and

15

Date Available in Receive Country/
Fecha disponible en país de destino
2019-02-07
be available sooner*/*Puede
disponible antes

Receiver Information/Información del
destinatario:
FRANCES AMATO

Account ID/Identificador de cuenta:
****
Expected Destination/Destino Esperado:
UNITED STATES
Service Type/Tipo de servicio:
10 MINUTE SERVICE - USD

FREE Phone Call/Llamada gratuita
Dial/Marque
PIN/NIP

Promotion Code/Código de promoción:

Reference #/No. de referencia
28307537
Order/Orden #

1'6



17