IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Andy Julius Miera, Jr.,** | **NO. CV-19-5423-PHX-CDB** |
| **Plaintiff(s),** | |
| **v.** | **ORDER TO SHOW CAUSE** |
| **Francesca Amato, et al.,** | |
| **Defendant(s).** | |

This action has been assigned to a United States Magistrate Judge pursuant to Local Rule 3.7(b) of the United States District Court for the District of Arizona. Each party is required to execute and file within fourteen days of its appearance either a written consent to the exercise of authority by the magistrate judge under 28 U.S.C. § 636(c), or a written election to have the action reassigned to a district judge. **Andy Julius Miera, Jr.** appeared more than fourteen days ago, but has not yet filed the required election form.

**IT IS ORDERED** that if **Andy Julius Miera, Jr.** fails to file the appropriate election form by **5:00 p.m. on Monday, November 18, 20198, Andy Julius Miera, Jr. shall appear[1] before Judge G. Murray Snow of the Phoenix Division of this Court in Courtroom No. 602, 6th Floor, at 4:30 p.m. on Monday, December 2, 2019** and show good cause for the failure to comply with Local Rule 3.7(b). The hearing before the Judge will be automatically vacated and the party need not appear if the party

---

[1] Incarcerated parties shall appear telephonically and shall make arrangements for such appearance in advance of the hearing.

1

files a completed election form by the 5:00 p.m. deadline set forth above. An additional copy of the election form is included with this Order.

**IT IS FURTHER ORDERED** that the assignment of this action to the Magistrate Judge remains in effect for all purposes pending completion of the election process. Involvement of Liaison Judge G. Murray Snow in this matter is limited to this show cause hearing, unless the magistrate judge assignment is ordered withdrawn pursuant to 28 U. S. C. § 636(b)(1)(A), at which time the case would be randomly reassigned to a district judge.

BRIAN D. KARTH
District Court Executive/Clerk of Court

November 4, 2019

By    s/ M.Pruneau
      Deputy Clerk