# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andy Julius Miera, Jr., <br> Plaintiff, <br> v. <br> Francesca Amato, et al., <br> Defendants. | No. CV-19-05423-PHX-SMB <br> **ORDER** |

Pending before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Camille Bibles (Doc. 9) regarding Plaintiff's Motion to proceed without prepayment of costs or fees. (Doc. 2). The R&R recommends that the Motion be granted. The R&R then proceeds to recommend that the complaint be dismissed with leave to amend after statutory screening, required by 28 U.S.C. § 1915(e)(2). The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 4) (citing Rule 72, Federal Rules of Civil Procedure).

No objection has been filed, which relieves the Court of its obligation to review the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3);Thomas v. Arn, 474 U.S. 140, 149 (1985); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and dismiss the complaint without prejudice for failure to comply with Rule 8 by failing to state an adequate factual basis for his claim.

**IT IS ORDERED**:

1. The R&R (Doc. 9) is accepted.

2. The complaint (Doc. 1) is dismissed without prejudice and with leave to file an Amended Complaint within 30 days of this order.

3. If Plaintiff does not file an Amended Complaint within thirty (30) days of the date this Order is entered, the Clerk of Court shall dismiss this action without further order of this Court.

4. If Plaintiff elects to file an Amended Complaint, it may not be served until and unless the Court issues an Order screening the amended complaint pursuant to 28 U.S.C. § 1915(e)(2).

5. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc.2) is granted.

Dated this 4th day of December, 2019.

_____
Honorable Susan M. Brnovich
United States District Judge